United States District Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROL BOSLEY, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-03484 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MICHELLE KING, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Carol Bosley filed a Motion for Summary Judgment seeking review of her claim for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act. Dkt 12. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 4.

Plaintiff moved for summary judgment. Dkt 12. Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated January 24, 2025, recommending that the motion by Plaintiff be denied because the decision by the Commissioner shows no legal error and is supported by substantial evidence. Dkt 18. Also pending are objections filed by Plaintiff. Dkt 19.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Upon *de novo* review and determination, it is determined that the objections by Plaintiff lack merit. To the contrary, the Memorandum and Recommendation clearly details the pertinent facts and correctly applies controlling law.

The objections by Plaintiff to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 19.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

The motion by Plaintiff for summary judgment is thus DENIED. Dkt 12.

The decision by the Commissioner is AFFIRMED.

SO ORDERED.

Signed on February 13, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge